UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: SUBPOENA TO APPLE INC. ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 5:14-cv-80139-LHK-PSG <br> (Underlying Case No.: <br> 3:13-cv-254-MOC-DSC (W.D.N.C.)) <br> <br> **ORDER GRANTING-IN-PART MOTION** <br> **TO FILE DOCUMENTS UNDER SEAL** <br> <br> **(Re: Docket No. 15)** |

Before the court is Celgard, LLC's amended administrative motion to file documents under seal. These documents relate to Celgard's motion to compel in a case in the Western District of North Carolina. After reviewing the arguments, the court GRANTS Celgard's motion, but only IN-PART.

- The redacted reply brief shall not be filed under seal. No declaration identifies with particularity why sealing is warranted, as required by the local rules.[1] The proposed redactions also encompass material which plainly is not sealable – in particular, the mechanics of the document production in this case.

- Exhibits F, G, H and J may be filed under seal.

---

[1] See Civil L.R. 79-5(b) ("A sealing order may issue only upon a request that establishes that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law (hereinafter referred to as 'sealable'). The request must be narrowly tailored to seek sealing only of sealable material, and must conform with Civil L.R. 79-5(d).").

1
Case No. 5:14-cv-80139-LHK-PSG
ORDER GRANTING-IN-PART MOTION TO FILE DOCUMENTS UNDER SEAL

- Exhibits I and K shall not be filed under seal. Those exhibits constitute e-mail communications that do not disclose any information that warrants sealing.

**IT IS SO ORDERED.**

Dated: June 23, 2014

*/s/ Paul S. Grewal*
PAUL S. GREWAL
United States Magistrate Judge

Case No. 5:14-cv-80139-LHK-PSG
ORDER GRANTING-IN-PART MOTION TO FILE DOCUMENTS UNDER SEAL